UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR06-5737 |
| v. ) | |
| ) | |
| JOHN K. WILLIAMS ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count I:    Driving Under the Influence, in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

    Count II:    Driving While License Suspended 3rd Degree, in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.20.342(1)(c).

Date of Detention Hearing:    May 9, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has two prior convictions for driving while under the influence.

    (2)    The current charges reference a blood-alcohol content of about two and one-half

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

times above the legal limit.

(3) Defendant's record reflects multiple failures to appear.

(4) Defendant's record reflects an inability or unwillingness to comply with Court Orders.

(5) Defendant was arrested after failing to appear for current charges.

(6) Defendant is a risk of danger to the community.

(7) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of May, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge